UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

TAHLIB BANKS, et al.,

                        Plaintiffs,
                                              ORDER
          - against -
                                              CV 2013-1520 (WFK)(MDG)
THE CITY OF NEW YORK, et al.,

                        Defendants.

- - - - - - - - - - - - - - - - - - - -X


      Plaintiffs' application to proceed in forma pauperis under 28

U.S.C. § 1915 is hereby granted.  28 U.S.C. 1915(d) and F.R.C.P.

4(c)(3) require that when a plaintiff is authorized to proceed in forma

pauperis, the court shall order a U.S. Marshal or someone specially

appointed to effect service.  Plaintiffs' counsel is hereby appointed

to serve process on the individual defendants by mail.  The docket

sheet reflects that summonses were issued at the time plaintiffs filed

the complaint and their counsel apparently has already served the

Corporation Counsel's office.  This Court notes that the Marshals

ordinarily serve process by mail, see Manson v. Simply Food LIC LLC,

2010 WL 376644 at *2 (E.D.N.Y. Jan. 26, 2010) (discussing the Marshal's

service by mail), and, from this Court's experience, police officers

will appear after service by mail.  Counsel for the City defendant is

requested to provide plaintiffs' counsel with the work addresses of the

named individual defendants by 5/1/13.

      **SO ORDERED.**

Dated:     Brooklyn, New York
           April 25, 2013


                                   __/s/_____
                                   MARILYN D. GO
                                   UNITED STATES MAGISTRATE JUDGE