

**JEFFREY D. FRIEDLANDER**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**PATRICK BEATH**
Assistant Corporation Counsel
pbeath@law.nyc.gov
Phone: (212) 356-2656
Fax: (212) 788-9776

January 30, 2014

**BY ECF**

Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Honorable Marilyn D. Go
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    <u>Tahlib Banks, et al. v. City of New York, et al.</u>
                13-CV-1520 (JG)(MDG)

Your Honor:

        I am an Assistant Corporation Counsel in the office of Jeffrey D. Friedlander, Acting Corporation Counsel of the City of New York, and the attorney assigned to represent defendants in the above-referenced matter. I write on behalf of the parties to inform the Court that a settlement agreement has been reached in this matter. Accordingly, defendants have forwarded the requisite settlement documents to plaintiff for execution. Once the settlement papers are fully executed, defendants will submit the Stipulations and Orders of Dismissal to the Court for endorsement and filing. Based on the foregoing, the parties request that all pending deadlines be adjourned *sine die*. Defendants thank the Court for its time and consideration in this matter.

                                                  Respectfully submitted,

                                                  /s/

                                                  Patrick Beath
                                                  Assistant Corporation Counsel

cc:    David Zelman, Esq. (By ECF)